IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.   3:01-cr-113-01 |
| ) | 3:01-cr-114-01 |
| ) | Judge Jordan |
| JAMES EARL JETT ) | |

## AGREED ORDER OF REVOCATION

A Petition for Revocation of Supervised Release has been filed against the defendant, James Earl Jett, and the defendant admits that he has violated conditions of his supervised release as set forth in the Petition. An agreement has been reached between the parties recommending that Mr. Jett's supervised release should be revoked and that he should receive a sentence of fourteen (14) months incarceration with no supervised release to follow.

Mr. Jett agrees to waive his right to a hearing pursuant to Rule 32 of the Rules of Criminal Procedure, waive his right to allocute at a revocation hearing, and asks that the agreement of the defendant and the government pursuant to Rule 11 of the Federal Rules of Criminal Procedure be found to be a proper sentence.

This Court has considered that the violations admitted by the defendant include "Grade B" violations and that the revocation guideline range is 21-27 months imprisonment. There is a statutory maximum of 18 months imprisonment which the Court has considered. The Court has also considered the factors listed in 18 U.S.C. §3553(a).

Based on the foregoing, the Court finds that the recommended sentence is

sufficient, but not greater than necessary, to accomplish the purposes set forth in 18 U.S.C. §3553(a) while taking into consideration all of those factors.

IT IS HEREBY ORDERED, therefore, that the defendant's supervised release is hereby revoked. The defendant is hereby sentenced to a term of imprisonment of fourteen (14) months to be followed by no supervised release.

It is RECOMMENDED that the Bureau of Prisons designate James Earl Jett to the closest suitable Bureau of Prisons facility to Knoxville, Tennessee.

_____
Honorable R. Leon Jordan
United States District Judge

APPROVED FOR ENTRY:

_Jefferey E. Theodore by Jonath Moffatt_
Jeffrey E. Theodore, Esq.          w/ permission
Assistant U.S. Attorney

_Jonath Moffatt_
Jonathan Moffatt
Attorney for Defendant

_James Earl Jett  10-3-13_
James Earl Jett
Defendant

_Kathryn Callaway by Jonath Moffatt_
Kathryn Callaway                   w/ permission
U.S. Probation Officer

2